Christopher D. Johnson, SBN: 222698
Christopher Q. Pham, SBN: 206697
JOHNSON & PHAM, LLP
6355 Topanga Canyon Boulevard, Suite 115
Woodland Hills, California 91367
Telephone:  (818) 888-7540
Facsimile:   (818) 888-7544
Email: cjohnson@johnsonpham.com
Email: cpham@johnsonpham.com

Attorneys for Plaintiff
GURU DENIM, INC.

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GURU DENIM, INC., A California Corporation,<br><br>         Plaintiff,<br><br>    vs.<br><br>WWW.XSCOLLECTION.COM, a Florida Business Entity of Unknown Status, et al., ,<br><br>         Defendants. | Case No.:  CV09-0961 AHM (RCx)<br><br>**PERMANENT INJUNCTION PURSUANT TO STIPULATION** |

The Court, having read and considered the Stipulation for Permanent Injunction that has been executed by Plaintiff GURU DENIM, INC. ("Plaintiff") and Defendants BENJAMIN PINNTIO, YUAN YI, and CARTER TSE ("Defendants") in this action:

GOOD CAUSE APPEARING THEREFORE, THE COURT ORDERS that this Permanent Injunction shall be and is hereby entered in the within action as

- 1 -
**[PROPOSED] PERMANENT INJUNCTION PURSUANT TO STIPULATION**

follows:

1. This Court has jurisdiction over the parties to this action and over the subject matter hereof pursuant to pursuant to the provisions of the Lanham Act, 15 U.S.C. § 1051, et seq., as well as 28 U.S.C. § 1338(a) and 28 U.S.C. § 1331.

2. Service of process was properly made on the Defendants.

3. Plaintiff owns or controls the pertinent rights in and to the following intellectual properties (hereinafter the "Intellectual Property"):

| Intellectual Property: | Registration No.: | Registration Date: |
|---|---|---|
| True Religion Stitching Pattern (Trademarks) | 3607799 | April 14, 2009 |
| | 3482001 | August 5, 2008 |
| | 3561466 | January 13, 2009 |
| | 3561465 | January 13, 2009 |
| | 3147244 | September 26, 2006 |
| "True Religion Brand Jeans World Tour Fashion for the Senses Section Row Seat" (Trademark) | 2917187 | January 11, 2005 |
| "True Religion Brand Jeans" (Trademarks) | 3120798 | July 25, 2006 |
| | 3490283 | August 19, 2008 |
| | 3120797 | July 25, 2006 |
| | 3282490 | August 21, 2007 |
| | 2761793 | September 9, 2003 |

| | | |
|---|---|---|
| "True Religion" (Trademarks) | 3628973 | May 26, 2009 |
| | 3162615 | October 24, 2006 |
| | 3162614 | October 24, 2006 |
| "U" (Trademarks) | 3568127 | January 27, 2009 |
| | 3565332 | January 20, 2009 |
| | 3565180 | January 20, 2009 |
| | 3565138 | January 20, 2009 |
| | 3561710 | January 13, 2009 |
| | 3561705 | January 13, 2009 |
| | 3397067 | March 18, 2008 |
| True religion brand jeans label | VA0001301845 | April 13, 2005 |
| TRUE RELIGION BRAND JEANS XXX LABEL | VAu000969599 | May 21, 2008 |
| truereligionbrandjeans.com website (Copyrights) | TX0006236806 | June 1, 2005 |
| "Stitch pattern applied to pants" (Patent) | D547530 | July 31, 2007 |

- 3 -
**[PROPOSED] PERMANENT INJUNCTION PURSUANT TO STIPULATION**

1      4.    Plaintiff alleges that Defendants have made unauthorized uses of the Intellectual Property or substantially similar likenesses or colorable imitations thereof.

    5.    Defendants are hereby restrained and enjoined, pursuant to 15 U.S.C. § 1116, from selling any and all products embodying the Intellectual Property in any manner, including generally, but not limited to, manufacture, importation, distribution, shipping, advertising, selling and/or offering for sale any counterfeit products using, bearing or embodying any of the Intellectual Property or any objects, marks, products confusingly similar to the Intellectual Property ("Unauthorized Products"), and specifically:

    i)    Importing, manufacturing, distributing, advertising, selling and/or offering for sale any unauthorized products which picture, reproduce, copy or use the likenesses of or bear a confusing similarity to any of the Unauthorized Products;

    ii)    Importing, manufacturing, distributing, advertising, selling and/or offering for sale in connection thereto any unauthorized promotional materials, labels, packaging or containers which picture, reproduce, copy or use the likenesses of or bear a confusing similarity to any of the Intellectual Property;

    iii)    Engaging in any conduct that tends falsely to represent that, or is likely to confuse, mislead or deceive purchasers, Defendant's customers and/or members of the public to believe, the actions of Defendant, the Unauthorized Products sold by Defendant, or Defendant itself is connected with Plaintiff, is sponsored, endorsed, approved or licensed by Plaintiff, or is affiliated with Plaintiff;

    iv)    Affixing, applying, annexing or using in connection with the importation, manufacture, distribution, advertising, sale and/or offer for sale or other use of any goods or services, a false description or

representation, including words or other symbols, tending to falsely describe or represent such Unauthorized Products as being those of Plaintiff.

6. Defendant is ordered to deliver immediately for destruction all Unauthorized Products, including True Religion Brand Jeans® and related products, labels, signs, prints, packages, wrappers, receptacles and advertisements relating thereto in their possession or under their control bearing any of the Intellectual Property or any simulation, reproduction, counterfeit, copy or colorable imitations thereof, and all plates, molds, heat transfers, screens, matrices and other means of making the same, to the extent that any of these items are in Defendants' possession.

7. This Injunction shall be deemed to have been served upon Defendants at the time of its execution by the Court.

8. The Court finds there is no just reason for delay in entering this Injunction and, pursuant to Rule 54(a) of the Federal Rules of Civil Procedure, the Court directs immediate entry of this Injunction against Defendants.

9. The Court shall Dismiss the action with prejudice as to Defendants with each party bearing its own costs and attorneys' fees incurred to date.

10. The Court shall retain jurisdiction of this action to entertain such further proceedings and to enter such further orders as may be necessary or appropriate to implement and enforce the provisions of this Injunction.

/ / /

/ / /

/ / /

1    11.    This Court shall retain jurisdiction over the Defendants for the
2 purpose of making further orders necessary or proper for the construction or
3 modification of this consent decree and judgment; the enforcement hereof; the
4 punishment of any violations hereof, and for the possible entry of a further
5 Judgment Pursuant to Stipulation in this action.

6    IT IS SO ORDERED.
7 Date:  October 26, 2009

**JS-6**

_____
HON. A. HOWARD MATZ
United States District Judge

- 6 -
**[PROPOSED] PERMANENT INJUNCTION PURSUANT TO STIPULATION**